### Cleo TURNER v. STATE.

No. 14040.

Court of Criminal Appeals of Texas.

Nov. 12, 1930.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Robbery is the offense; penalty, confinement in the penitentiary for a period of five years.

No matter is presented for review by bills of exceptions or otherwise. The record is before this court without a statement of facts.

The judgment is affirmed.

HAWKINS, J., absent.

### George WHEELER v. STATE.

No. 13736.

Court of Criminal Appeals of Texas.

Nov. 26, 1930.

Davenport & Crain, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

There are no bills of exception in the record. The testimony shows that officers raided a house and found therein 24 gallons of whisky. Appellant and some others were present. Appellant said the whisky was his. The evidence is sufficient to justify the jury in their conclusion of guilt.

The judgment will be affirmed.

HAWKINS, J., absent.

### Henry WHITE v. STATE.

No. 13842.

Court of Criminal Appeals of Texas.

Nov. 26, 1930.

L. D. Hartwell, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty, confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

HAWKINS, J., absent.